| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685 |
| | DAVID R. DONADIO, ESQ., S.B. #154436 |
| 2 | NANCY B. THORINGTON, ESQ., S.B. #199721 |
| | BRAYTON✜PURCELL LLP |
| 3 | Attorneys at Law |
| | 222 Rush Landing Road |
| 4 | P.O. Box 6169 |
| | Novato, California 94948-6169 |
| 5 | (415) 898-1555 |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH FISHER, Individually, as Wrongful Death Heir, and as Successor-in-Interest to WARREN FISHER, Deceased; and TERRY FISHER, LARRY FISHER, THOMAS FISHER, TIMMY FISHER, as Legal Heirs of WARREN FISHER, Deceased, | No. 3:06-cv-00793 |
| | STIPULATION AND [PROPOSED] ORDER OF REMAND TO STATE COURT |
| Plaintiffs, | |
| vs. | |
| ASBESTOS DEFENDANTS (B✜P), | |
| Defendants, | |
| VIAD CORPORATION, | |
| Removing Defendant. | |

WHEREAS:

1. This case was originally filed in the Superior Court of California for the County of San Francisco; and

2. Defendant VIAD CORPORATION filed its Notice of Removal on February 3, 2006, alleging that this Court has removal jurisdiction pursuant to the federal officer removal statute, 28 U.S.C. § 1442(a)(1), on the ground that it was acting under the direction of agencies and officers of the United States government in committing the acts that Plaintiffs complain of; and

3. The removal by defendant VIAD CORPORATION did not require the consent of other party defendants and no consent or joinder in the removal was submitted to the court; and

4. The parities have agreed to and do hereby stipulate that the plaintiffs' claims against defendant VIAD CORPORATION exclude asbestos exposure at any and all military, Navy, or other federal government jobsites.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that because no basis currently exists for this court to exercise jurisdiction over this action, remand to the Superior Court of California for the County of San Francisco is appropriate.

Accordingly, the parities petition this court for an order remanding the action to the Superior Court of California for the County of San Francisco.

Dated: February 14, 2006         BRAYTON ✦PURCELL LLP

                                 By: _____
                                     Nancy B. Thorington
                                     Attorneys for Plaintiffs

Dated: February 14, 2006         CHARTER DAVIS, LLP

                                 By: _____
                                     Whitney Davis
                                     Attorneys for Defendant
                                     VIAD CORPORATION

## ORDER REMANDING CASE TO STATE COURT

Having considered the stipulation between the plaintiffs and sole removing party, and good cause appearing:

IT IS HEREBY ORDERED that because all of the Plaintiffs' claims against the sole removing defendant, VIAD CORPORATION, exclude asbestos exposures at any military, Navy, or other federal government jobsites, no basis currently exists for removal of this action from the Superior Court of California for the County of San Francisco, and this matter should be and is, therefore, remanded to that court immediately.

Dated: 2/15/2006

*[signature]*

United States District Judge